IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  01-cv-01164-PSF-PAC

SAID AHMAD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Intervenor,

v.

MIKE EHRMANN,
ROBERT FURLONG,
JOHN WATTS, and
GARY GOLDER,

    Defendants.

## ORDER TO SET STATUS CONFERENCE

In light of the judgment of the Tenth Circuit Court of Appeals and the resulting remand (Dkt. # 222), the Court hereby ORDERS a status conference to be held on **Monday, March 6, 2006 at 1:30 p.m.**

    DATED: February 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge