IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  01-cv-01164-PSF-PAC

SAID AHMAD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Intervenor,

v.

MIKE EHRMANN,
ROBERT FURLONG,
JOHN WATTS, and
GARY GOLDER,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter is before the Court on parties' Stipulated Motion to Dismiss (Dkt. # 227), filed March 23, 2006.  All remaining parties request that the case be dismissed pursuant to F.R.Civ.P. 41, each side to pay their own attorney fees and costs.

It is hereby ORDERED that the referral of this motion to the Magistrate Judge is WITHDRAWN.  The motion is GRANTED and all scheduled hearings are VACATED. The action is dismissed in its entirety on the terms the parties have requested.

DATED: March 27, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge